1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO N. ALVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALITY LOAN SERVICE CORP., DOE 1, and DOES 2-50, inclusive,<br><br>    Defendants. | Case No. EDCV 08-1393-VAP (VBKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated:  November 24, 2008          _____
                                    VIRGINIA A. PHILLIPS
                                    United States District Judge